Jared Kahn, Esq.
Nevada Bar # 12603
JK Legal & Consulting, LLC
9205 West Russell Rd., Suite 240
Las Vegas, NV 89148
P: (702) 708-2958
F: (866) 870-6758
jkahn@jk-legalconsulting.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL COOK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM LINGENFELTER, an individual; LINGENFELTER CUSTOM HOMES, LLC, a Texas limited liability company; DOES I-X; and ROE COMPANIES I-X;<br><br>Defendants.<br>_____ | CASE NO: 2:22-CV-01940-RFB-EJY<br><br>**STIPULATION AND ORDER** |

COMES NOW, Plaintiff MICHAEL COOK ("Plaintiff"), by and through his attorneys, the law firm of JK LEGAL & CONSULTING, LLC, and comes now Defendants, ADAM LINGENFELTER and LINGENFELTER CUSTOM HOMES LLC (hereinafter referred to as "Defendants"), by and through their attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, hereby stipulate and agree as follows:

1. On November 23, 2022, Defendants filed their Motion to Dismiss Plaintiff's [Complaint] (sic) Due to Lack of Personal Jurisdiction and Improper Venue, or in

JK LEGAL &
CONSULTING, LLC
9205 West Russell Rd., Suite 240
Las Vegas, Nevada 89148
(702) 702-2958

1 of 3

the Alternative to Change Venue [ECF No. 5] (the "Motion").

2.  The current deadline to file an Opposition to the Motion is December 7, 2022.

3.  The current deadline to file a Reply to the Opposition would be seven days thereafter.

4.  Due to scheduling conflicts, the Parties agreed to extend the briefing deadlines for the Motion, as follows:

    a.  Plaintiff's deadline to file an Opposition to the Motion shall be and inclusive of December 30, 2022.

    b.  Defendants' deadline to file a Reply to the Opposition shall be and inclusive of January 13, 2023.

The parties agree this Stipulation and Order to extend the deadlines for the Motion is not undertaken for purposes of delay or in bad faith.


**JK LEGAL & CONSULTING, LLC**

/s/ Jared B. Kahn
Jared B. Kahn, Esq., Nevada Bar # 12603
9205 W. Russell Rd., Suite 240
Las Vegas, NV 89148
(702) 708-2958 Phone
(866) 870-6758 Fax
jkahn@jk-legalconsulting.com
Of Attorneys for PLAINTIFF

**KOELLER   NEBEKER   CARLSON   & HALUCK, LLP**

/s/ Mark F. Roach, Esq.
Mark F. Roach, Esq. Nevada Bar # 8237
Andrew C. Green, Esq. Nevada Bar # 9399
300 S. 4th Street, Suite 500
Las Vegas, NV 89101
Attorneys for Defendants, ADAM
LINGENFELTER and LINGENFELTER
CUSTOM HOMES, LLC

/ / /

/ / /

**ORDER**

The Court having reviewed the foregoing STIPULATION AND ORDER in the above-entitled matter and for good cause appearing therefor:

**IT IS SO ORDERED** that Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's [Complaint] (sic) Due to Lack of Personal Jurisdiction and Improper Venue, or in the Alternative to Change Venue [ECF No. 5], which is currently due on December 7, 2022, will now be due on or before Friday, December 30, 2022.

**IT IS FURTHER ORDERED** Defendants' Reply brief shall be due on or before January 13, 2023.

DATED: ___December 7_____, 2022.

RICHARD F. BOULWARE, II
**United States District Court**

JK LEGAL &
CONSULTING, LLC
9205 West Russell Rd., Suite 240
Las Vegas, Nevada 89148
(702) 702-2958

3 of 3