UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL COOK, individually,<br><br>Plaintiff,<br><br>v.<br><br>ADAM LINGENFELTER, an individual, LINGENFELTER CUSTOM HOMES, LLC, a Texas limited liability company; DOES 1-X; and ROE COMPANIES I-X,<br><br>Defendants. | Case No. 2:22-cv-01940-RFB-EJY<br><br>**ORDER** |

Filed with the Court is the Notice of Withdrawal of Counsel submitted by Mark F. Roach.  ECF No. 23.  This Notice is improper and in violation of Local Rule IA 11-6(b) stating: "If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel."

Accordingly, IT IS HEREBY ORDERED that the Notice of Withdrawal of Counsel (ECF No. 23) is struck from the record.

IT IS FURTHER ORDERED that Mark F. Roach is and shall remain counsel for Defendants Adam Lingenfelter and Lingenfelter Custom Homes, LLC until such time as he either files a motion or stipulation served on the affected client seeking to withdraw as counsel providing the reasons he should be permitted to do so in accordance with the applicable rules.

Dated this 29th day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE