Jared Kahn, Esq.
Nevada Bar # 12603
JK Legal & Consulting, LLC
9205 West Russell Rd., Suite 240
Las Vegas, NV 89148
P: (702) 708-2958
F: (866) 870-6758
jkahn@jk-legalconsulting.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL COOK, an individual, | CASE NO: 2:22-CV-01940-RFB-EJY |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| ADAM LINGENFELTER, an individual; LINGENFELTER CUSTOM HOMES, LLC, a Texas limited liability company; DOES I-X; and ROE COMPANIES I-X; | |
| Defendants. | |

COMES NOW, Plaintiff MICHAEL COOK ("Plaintiff"), by and through his attorneys, the law firm of JK LEGAL & CONSULTING, LLC, and comes now Defendants, ADAM LINGENFELTER and LINGENFELTER CUSTOM HOMES LLC (hereinafter referred to as "Defendants"), by and through their attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, hereby stipulate and agree as follows:

1. On July 31, 2024, Defendants filed their Motion to Dismiss [ECF No. 27] (the "Motion").

2. The current deadline to file an Opposition to the Motion is August 14, 2024.

3. The current deadline to file a Reply to the Opposition would be seven days thereafter.

4. Due to scheduling conflicts, the Parties agreed to extend the briefing deadlines for the Motion, as follows:

    a. Plaintiff's deadline to file an Opposition to the Motion shall be and inclusive of August 21, 2024.

    b. Defendants' deadline to file a Reply to the Opposition shall be and inclusive of August 28, 2024.

The parties agree this Stipulation and Order to extend the deadlines for the Motion is not undertaken for purposes of delay or in bad faith.

| JK LEGAL & CONSULTING, LLC | KOELLER NEBEKER CARLSON & HALUCK, LLP |
|---|---|
| /s/ Jared B. Kahn<br>Jared B. Kahn, Esq., Nevada Bar # 12603<br>9205 W. Russell Rd., Suite 240<br>Las Vegas, NV 89148<br>(702) 708-2958 Phone<br>(866) 870-6758 Fax<br>jkahn@jk-legalconsulting.com<br>Of Attorneys for PLAINTIFF | /s/ Andrew C. Green<br>Andrew C. Green, Esq. Nevada Bar # 9399<br>300 S. 4th Street, Suite 500<br>Las Vegas, NV 89101<br>Attorneys for Defendants, ADAM LINGENFELTER and LINGENFELTER CUSTOM HOMES, LLC |

/ / /

/ / /

# ORDER

The Court having reviewed the foregoing STIPULATION AND ORDER in the above-entitled matter and for good cause appearing therefor:

**IT IS SO ORDERED** that Plaintiff's Opposition to Defendants' Motion to Dismiss [ECF No. 27], which is currently due on August 14, 2022, will now be due on or before Wednesday, August 21, 2024.

**IT IS FURTHER ORDERED** Defendants' Reply brief shall be due on or before August 28, 2024.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 14 day of August 2024.