Jared Kahn, Esq.
Nevada Bar # 12603
JK Legal & Consulting, LLC
9205 West Russell Rd., Suite 240
Las Vegas, NV 89148
P: (702) 708-2958
F: (866) 870-6758
jkahn@jk-legalconsulting.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL COOK, an individual, | CASE NO: 2:22-CV-01940-RFB-EJY |
| Plaintiff, | **STIPULATION AND ORDER** <br> **(Second Request)** |
| vs. | |
| ADAM LINGENFELTER, an individual; LINGENFELTER CUSTOM HOMES, LLC, a Texas limited liability company; DOES I-X; and ROE COMPANIES I-X; | |
| Defendants. | |

COMES NOW, Plaintiff MICHAEL COOK ("Plaintiff"), by and through his attorneys, the law firm of JK LEGAL & CONSULTING, LLC, and comes now Defendants, ADAM LINGENFELTER and LINGENFELTER CUSTOM HOMES LLC (hereinafter referred to as "Defendants"), by and through their attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, hereby stipulate and agree as follows:

1. On December 18, 2024, Defendants filed their Motion for Summary Judgment [ECF No. 34] (the "Motion").

2. On January 8, 2025, this Court entered a Stipulation and Order (Dkt # 36) extending the deadline to file an Opposition to the Motion to February 21, 2025[1].

3. The current deadline to file a Reply to the Opposition would be fourteen days thereafter.

4. Due to scheduling conflicts and intervening personal matters, the Parties agreed to extend the briefing deadlines for the Motion, as follows:

    a. Plaintiff's deadline to file an Opposition to the Motion shall be and inclusive of January 30, 2025.

    b. Defendants' deadline to file a Reply to the Opposition shall be and inclusive of February 21, 2025.

The parties agree this Stipulation and Order to extend the deadlines for the Motion is not undertaken for purposes of delay or in bad faith.

| JK LEGAL & CONSULTING, LLC | KOELLER NEBEKER CARLSON & HALUCK, LLP |
|---|---|
| /s/ Jared B. Kahn | /s/ Andrew C. Green |
| Jared B. Kahn, Esq., Nevada Bar # 12603 | Andrew C. Green, Esq. Nevada Bar # 9399 |
| 9205 W. Russell Rd., Suite 240 | 300 S. 4th Street, Suite 500 |
| Las Vegas, NV 89148 | Las Vegas, NV 89101 |
| (702) 708-2958 Phone | Attorneys for Defendants, ADAM |
| (866) 870-6758 Fax | LINGENFELTER and LINGENFELTER |
| jkahn@jk-legalconsulting.com | CUSTOM HOMES, LLC |
| Of Attorneys for PLAINTIFF | |

/ / /

---

[1] The first Stipulation and Order set the deadline of January 20, 2025, which fell on a federal holiday pushing the deadline to January 21, 2025.

## ORDER

The Court having reviewed the foregoing STIPULATION AND ORDER in the above-entitled matter and for good cause appearing therefor:

**IT IS SO ORDERED** that Plaintiff's Opposition to Defendants' Motion for Summary Judgment [ECF No. 34], which is currently due on February 21, 2025, will now be due on or before Thursday, January 30, 2025.

**IT IS FURTHER ORDERED** Defendants' Reply brief shall be due on or before February 21, 2025.

DATED: _____Janurary 22_____, 2025.

_____
U.S. District Court Judge